IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                                 **PLAINTIFF**

v.                             **CASE NO. 5:18-CR-50038-006**

**GREGORY MIRANDA**                                                      **DEFENDANT**

## ORDER

Gregory Miranda was named in two separate Indictments in this Court. On April 17, 2018, he was named alongside nine other co-defendants in case 5:18-CR-50038. On July 24, 2018, he was named in a single-count Indictment in case 5:18-CR-50055. On September 21, 2018, he entered a plea of guilty to the charge in 18-50055. As contemplated by the plea agreement, once he was sentenced in that case, the charge against him in 18-50038 would be dismissed. Therefore, the Government made an oral motion during the change of plea hearing to dismiss Count 1 of the Indictment and Superseding Indictment as to the defendant in 18-50038. That motion was taken under advisement until such time as the Court officially accepted and approved the plea agreement in 18-50055. *See* Doc. 161.

On February 5, 2019, the Defendant appeared before the undersigned for a sentencing hearing, at which time the Court gave full and final approval to the plea agreement in this case. Once the Court pronounced sentence, the Government renewed its motion to dismiss Count 1 of the Indictment and Superseding Indictment as to the Defendant in case 18-50038. That motion (Doc. 161) is **GRANTED**.

IT IS SO ORDERED on this 6th day of February, 2019.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE